U.S. Department of Justice
*United States Attorneys*

# United States District Court
## for the Southern District of Florida

NO. 20-6068-Hunt

**UNITED STATES OF AMERICA**

Inmate Name: Preston Clayton Hester, Jr.

**v.**
Preston Clayton Hester,
Jr.

Inmate #: 132000134

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

To:    ANY UNITED STATES MARSHAL, and

WARDEN, BROWARD COUNTY MAIN JAIL, FORT LAUDERDALE, FL 33301

It appearing from the petition of the United States of America that the defendant in the above case,

Preston Clayton Hester, Jr. is confined in the BROWARD COUNTY MAIN JAIL at

555 SE 1st Ave., Ft. Lauderdale, FL 33301 and that this case is set for an Initial Appearance

as to the defendant at U.S. District Court, 299 E. Broward Blvd., Fort Lauderdale, Florida

, and that it is necessary for the defendant to be before this Court for this proceeding;

NOW, THEREFORE, this is to command you, any United States Marshal, that you have the body of

Preston Clayton Hester, Jr. now in custody as aforesaid, under safe and secure conduct, before this

Court at 299 E. Broward Blvd., Fort Lauderdale, Florida

by or before, 11:00 A. M., on February 12, 2020, for a Initial Appearance on the criminal charges

pending against the defendant in this case, and upon completion of all proceedings that you return the defendant with all

convenient speed, under safe and secure conduct to the custody of the Warden of the aforesaid penal institution.

And this is to command you, the Warden of BROWARD COUNTY MAIN JAIL at

555 SE 1st Ave., Ft. Lauderdale, FL 33301 to deliver into the custody of any United States

Marshal, upon production to you of a certified copy of this writ, the body of the defendant for safe and secure conduct to this

district for this purpose.

DONE and ORDERED at Fort Lauderdale Florida, this 7th day of February, 2020

HONORABLE PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

cc:    U.S. Attorney (AUSA Jodi Anton )
       U.S. Marshal (3 certified copies)
       Chief Probation Officer